PROB 12C
(Rev 03/15 WVN)

FILED
JUL 26 2017
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# United States District Court
## for the
## Northern District of West Virginia

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alisha R. O'Dell     Case Number: 1:15CR77-2

Name of Sentencing Judicial Officer: Honorable Irene M. Keeley, United States District Judge

Date of Original Sentence: February 5, 2016

Original Offense: Distribution of Heroin-Aiding and Abetting

Original Sentence: 15 months custody Bureau of Prisons, followed by 3 years supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: January 11, 2017

## PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

[ ] No action - A warrant has previously been requested pursuant to the original petition.

The Probation Officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| 1. | <u>Violation of Mandatory Condition: The defendant shall not commit another federal, state or local crime.</u> |
| 2. | <u>Violation of Mandatory Condition: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.</u> |
| 3. | <u>Violation of Standard Condition No. 7: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.</u> |
| 4. | <u>Violation of Standard Condition No. 3: The defendant shall answer truthfully all inquiries by the Probation Officer and follow instructions of the Probation Officer.</u> |

On July 14, 2017, the defendant appeared for a random, code-a-phone drug screen at the United States Probation Office. The defendant tested presumptively positive for morphine and marijuana. The defendant denied the illegal use of both substances.

Prob12C -2- Petition for Warrant or Summons
for Offender Under Supervision

On July 25, 2017, this officer received results from Alere Toxicology Services. The defendant was positive for morphine and negative for marijuana. Please see attached results from Alere Toxicology Services.

Previous Reports Filed:

1. A Request for Modifying the Conditions of Supervision with Consent of the Offender was submitted to the Court requesting the defendant reside at Dismas Charities for a period up to six months. The Court ordered said modification.

2. A Report on Offender Under Supervision was filed with the Court on March 9, 2017, advising the defendant admitted to the illegal use and possession of synthetic marijuana. No Court action was recommended as the defendant was referred to Phoenix Psychological and Associates. The Court concurred.

3. A Report on Offender Under Supervision was filed with the Court on April 7, 2017, advising the defendant had contact with a convicted felon and possessed alcohol. No Court action was recommended and the Court concurred.

4. A Report on Offender Under Supervision was filed with the Court on May 23, 2017, advising the defendant had consumed alcohol, associated with a convicted felon, failed to answer truthfully inquiries by the Probation Officer, failed to allow the Probation Officer into the home, and used marijuana. No Court action was recommended as the defendant was partaking in substance abuse counseling. The Court concurred.

U. S. Probation Officer Recommendation: Court action is recommended at this time. The defendant continues to use illegal substances during the term of her supervised release. In addition, the defendant was untruthful with this officer regarding her illegal drug use. The defendant has been given opportunities to address her illegal drug use through outpatient substance abuse counseling, however, has been unwilling or unable to cease her illegal drug use. As such, the defendant should appear before the Court to show cause as to why her supervised release should not be revoked.

The term of supervision should be:

[X] Revoked*

*The Probation Officer's request for a warrant is a recommendation that the offender be detained pending a dispositional hearing.

[ ] Extended for ___ year(s), for a total term of ___ year(s).

[ ] The conditions of supervision should be modified as follows:

Prob12C  -3-  Petition for Warrant or Summons
for Offender Under Supervision



Respectfully submitted,

by *Justin Farris*
Justin Farris
U. S. Probation Officer
Date: July 26, 2017

---

## THE COURT ORDERS

[X] The Issuance of a Warrant
　　[X] Upon arrest detained and the petition in this matter be unsealed
　　[ ] Upon arrest released on　　bond and the petition in this matter be unsealed
[ ] The Issuance of a Summons
[ ] Other
[ ] No Action. A warrant has previously been requested pursuant to the original petition.

*Irene M. Keeley*
Signature of Judicial Officer

July 26, 2017
Date

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1        Sheet 3 — Supervised Release

---

**DEFENDANT:** ALISHA R. O'DELL      Judgment Page: 3 of 6
**CASE NUMBER:** 1:15CR077-02

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 years.

☐ The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

☐ The defendant shall not commit another federal, state or local crime.

☐ The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 4–Special Conditions

DEFENDANT: ALISHA R. O'DELL
CASE NUMBER: 1:15CR077-02

Judgment Page: 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not purchase, possess, or consume alcohol during the term of supervision.

2. The defendant shall participate in a program of monthly testing, counseling and treatment for the use of alcohol or drugs if so ordered by the Probation Officer.

3. The defendant shall not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants.

4. The defendant shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants.

5. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the Probation Officer.

6. Upon reasonable suspicion, the defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), or other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

7. Upon a reasonable exercise of discretion by the U.S. Probation Officer, if the defendant is found to have a potentially dangerous animal, the defendant must follow the U.S. Probation Officer's directions regarding the removal of the potentially dangerous animal.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These standard and/or special conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_Alisha O'Dell_      1-23-17
Defendant's Signature      Date

_[signature]_      1/23/17
Signature of U.S. Probation Officer/Designated Witness      Date



# Drug Test Report

450 Southlake Blvd
Richmond, VA  23236
(804) 378-9130
FAX: (804) 379-5919

| | |
|---|---|
| WEST VIRGINIA NORTHERN PROB-CLARKSBURG | Account Number: 04240000P |
| VINNIE ZUMMO | Div. Office Number: 04240001P |
| 320 W PIKE STREET, STE 110 | National Lab Number: 116955753 |
| CLARKSBURG, WV 26301 | Specimen ID Number: B03888955 |
| | Specimen Type: URINE |
| Facility Phone: 304-624-5504   Fax: 000-000-0000 | |

Collection Site Number: 04240001P
Collection Site Name: WEST VIRGINIA NORTHERN PROB-CLARKSBURG
Collection Site Address: 320 W PIKE STREET, STE 110
Collection Site City, State Zip: CLARKSBURG, WV 26301
Collection Site Phone: 304-624-5504
Collection Site Fax: 000-000-0000

PACTS Number: 1742941
Onsite Test ID:
Case Officer Initials: JEF

Collector Name
CARRIE GRILLI

**Donor Name/ID:** ODELL

Reason for Drug Test: URINE SURVEILLANCE

Date Collected: 7/14/2017
Date Received: 7/17/2017
Date Reported: 7/20/2017

Panel Description: CLIN 1098 - OPIATES CONF

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| **POSITIVE** | MORPHINE | |

Confirmation Method:   GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| EXTENDED OPIATES (4) | | 150 ng/ml | POSITIVE |
| OXYCODONE / OXYMORPHONE | | 100 ng/ml | NEGATIVE |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

Comments   Multiple reports are being issued on this specimen with Lab Numbers :116955754,116955753.

*MC Baily* (signature)

MICHELLE BAILY - CERTIFYING TECHNICIAN/SCIENTIST

CARRIE GRILLI

COLLECTOR NAME



# Drug Test Report

450 Southlake Blvd
Richmond, VA 23236
(804) 378-9130
FAX: (804) 379-5919

WEST VIRGINIA NORTHERN PROB-CLARKSBURG
VINNIE ZUMMO
320 W PIKE STREET, STE 110
CLARKSBURG, WV 26301

Facility Phone: 304-624-5504    Fax: 000-000-0000

| | |
|---|---|
| Account Number: | 04240000P |
| Div. Office Number: | 04240001P |
| National Lab Number: | 116955754 |
| Specimen ID Number: | B03888955 |
| Specimen Type: | URINE |

Collection Site Number: 04240001P
Collection Site Name: WEST VIRGINIA NORTHERN PROB-CLARKSBURG
Collection Site Address: 320 W PIKE STREET, STE 110
Collection Site City, State Zip: CLARKSBURG, WV 26301
Collection Site Phone: 304-624-5504
Collection Site Fax: 000-000-0000

PACTS Number: 1742941
Onsite Test ID:
Case Officer Initials: JEF

Collector Name
CARRIE GRILLI

**Donor Name/ID: ODELL**

Reason for Drug Test: URINE SURVEILLANCE

Date Collected: 7/14/2017
Date Received: 7/17/2017
Date Reported: 7/20/2017

Panel Description: CLIN 1098 - THC CONF

Drug Test Result: **NEGATIVE**

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| MARIJUANA METABOLITE | | 15 ng/ml | NEGATIVE |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

Comments    Multiple reports are being issued on this specimen with Lab Numbers :116955754,116955753.

_MC Baily_ (signature)

MICHELLE BAILY - CERTIFYING TECHNICIAN/SCIENTIST

CARRIE GRILLI

COLLECTOR NAME

**Alere Toxicology Services, Inc.**
1111 Newton St., Gretna, LA 70053
(504) 361-8989 (800) 433-3823
1558352/1391430

**Chain of Custody for Drug Analysis**
**Federal Probation Services**

Specimen Number: **B03888955**

Account Number: **04240001P**

### Results Name & Address
WEST VIRGINIA NORTHERN PROB-CL
320 W PIKE STREET, STE 330
CLARKSBURG, WV 26301

304-624-5504

04240001P

**Tests Ordered (Check all that apply)**
- [ ] Primary Test Panel
- [x] Confirmation Only (specify) MOP, THC
- [ ] Individual Special Tests (specify)

### SPECIMEN ID INFORMATION
Case Officer Initials: **JEF**
Date Collected: **07/14/17**

Collector's Name: **CARRIE GRILLI**

- [x] 01 Officer
- [ ] 02 Treatment Program
- [ ] 03 Other

Offender/Defendant Last Name: **ODELL**
First Name: **ALISHA**
PACTS No.: **174294**
Onsite/Test ID:

**Reason For Specimen**
- [ ] 01 Presentence Report
- [x] 04 Urine Surveillance
- [ ] 02 Substance Abuse Treatment
- [ ] 05 Pretrial Report
- [ ] 03 Mental Health Treatment
- [ ] 06 Other (specify)

### MEDICAL QUESTIONNAIRE
Medicine(s) Name | Reason for Use | Date Used

---

**Offender/Defendant Certification**
I certify the specimen I have provided on this date is my own and has not been adulterated. The specimen bottle was sealed in my presence. I have verified that the specimen number of the form, the barcode, and the specimen security seal are identical.
Signature: *Alisha Odell* 7-14-17

**Specimen Collector Certification**
I certify I collected the specimen identified by the specimen number on this form in accordance with the required collection procedures. I certify I applied the numbered security seal and barcode to the specimen bottle in the offender/defendant's presence. I have verified that the specimen number on the form, the barcode, and the specimen seal are identical.
Signature: 7/14/17

**Specimen Transfer Certification**
I certify I prepared for transfer to Testing Laboratory the specimen identified by the specimen number on this form and have verified the identity of the specimen with its collection chain of custody documentation. I certify I applied the numbered security seal and barcode to the specimen bottle. I have verified the specimen number on the form, the barcode, and specimen security seal are identical.
Signature: 7/14/17

---

B03888955

Testing Laboratory
Collector's Initials / Date Collected: 7/14/17

Security Seal Federal Probation/Pretrial
B03888955
SPECIMEN NO.

Apply Barcode vertically on bottle

Use second seal & barcode for specimens screened on site.

### COLLECTOR INSTRUCTIONS
* **COMPLETE** - Specimen ID Information before collection
* **COLLECT** - Specimen in accordance with Administrative Procedures
* **AFFIX** - Security Seal and barcode to specimen bottle as illustrated above
* **ASK** - Offender/Defendant to verify bottle was sealed in his/her presence
* **INITIAL** - Initial security seal and enter date collected
* **ASK** - Offender/Defendant to read, sign, and date Offender/Defendant Certification
* **SIGN** - Specimen Collector Certification after sealing specimen bottle and applying security seal

**PLY 1   TEAR OFF TOP COPY AND RETAIN FOR YOUR RECORDS**


8656350856

## VIOLATION WORKSHEET

1. Defendant: Alisha R. O'Dell

2. Docket Number (Year-Sequence-Defendant No.): 1:15CR77-2

3. District/Office: Northern District of West Virginia/Clarksburg

4. Original Sentence Date: February 5, 2016

(If different than above)
5. Original District/Office (if different than above): NDWV

6. Original Docket Number (Year-Sequence-Defendant No.):

7. List each violation and determine the applicable grade (see §7B1.1):

| Violation(s) | Grade |
|---|---|
| • Positive Drug Specimen | B |
| • Untruthful with Probation Officer | C |
| • _____ | _ |
| • _____ | _ |

8. Most Serious Grade of Violation (see §7B1.1(b)):  B

9. Criminal History Category (see §7B1.4(b)):  III

10. Range of Imprisonment (see §7B1.4(a)):  8-14 months

11. Sentencing Options for Grade B and C Violations Only (check the appropriate box):

    (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

X   (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

    (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Defendant: Alisha R. O'Dell

12. Unsatisfied Conditions of Original Sentence:

*List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed, in connection with the sentence for which revocation is ordered, that remains unpaid or not served at the time of revocation (see § 7B1.3[d]):*

Restitution($):                          Community Confinement:

Fine($):                                 Home Detention:

Other:                                   Intermittent Confinement:

13. Supervised Release:

If Probation is to be revoked, determine the length, if any, of the term of Supervised Release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

Term:   N/A Years

If Supervised Release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence Supervised Release upon release from imprisonment (see 18 U.S.C. § 3583(e) and §7B1.3(g)(2).

Pursuant to 18 U.S.C. § 3624(e), multiple terms of Supervised Release are to run concurrently.

Period of Supervised Release to be served following release from imprisonment:

36 months less any imprisonment imposed upon revocation

14. Departure:

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

NOTE: The maximum term of imprisonment imposable upon revocation of Supervised Release for a Class C Felony is 24 months, pursuant to 18 U.S.C. § 3583(e)(3).